IN THE

TEXAS COURT of CRIMINAL APPEALS

AUSTIN, TEXAS

| | | |
|---|---|---|
| Johnathen L. Harrison | § § § § § § § § § § § | Eleventh Court of Appeals **RECEIVED IN** COURT OF CRIMINAL APPEALS |
| V. | | Cause No. 11-11-00241-CR |
| THE STATE OF TEXAS | | Trial No. Cr-20133 |
| | | **JUN 04 2015** |

Motion for Suspension of the Rules Under
T.R.A.P. Rule 2, Suspension of the number of Copies
According to T.R.A.P. Rule 9.3 (b)

*Abel Acosta, Clerk*
**FILED IN**
COURT OF CRIMINAL APPEALS
**JUN 04 2015**
*Abel Acosta, Clerk*

TO THE HONORABLE JUSTICES OF SAID COURT:

Nowcomes, Johnathen L. Harrison, Petitioner Pro-Se in the above styled and enumerated causes, and respectfully requests the Court suspend the copy requirement in this action. In support thereof the Petitioner would show the court the following:

I.

The Petitioner is currently incarcerated in the texas Department of Criminal Justice at the Mark W. Stiles Init, 3060 F.M. 3514 Beaumont, Tx. 77705.

II.

As an incarcerated person in the above stated institution, the Petitioner is not allowed to handle or earn money. He is indigent as shown by his Declaration of inability to pay.

III.

The Petitioner does not have access to copy equipment nor the means of creating mass quantities of copies. Due to Petitioner's limited resourses he can manage only a copt for the Court, which he is providing.

PRAYER

Wherefore premises being considered, Petitioner respectfully prays and requests that this Honorable Court grant Petitioner's Motion for suspension of the Rules and suspend the number of copies he is required to provide of his Petition for

(1)

Discrectionary Review.

Respectfully Submitted,

Johnathen L. Harrison
TDCJ-ID # 1670858
Mark W. Stiles Unit
3060 F.M. 3514
Beaumont, Tx. 77705
Pro-se

## DECLARATION

I hearby declare under perjury the foregoing to be true and correct.

Executed on May 25, 2015.

Duly Sworn,

Johnathen L. Harrison
TDCJ-ID # 1670858
Mark W. Stiles Unit
3060 F.M. 3514
Beaumont, Tx. 77705
Pro-se

(2)